Joshua H. Haffner, SBN 188652
(jhh@haffnerlawyers.com)
Graham G. Lambert, SBN 303056
(gl@haffnerlawyers.com)
**HAFFNER LAW PC**
445 South Figueroa Street, Suite 2325
Los Angeles, California 90071
Telephone: (213) 514-5681
Facsimile: (213) 514-5682

Attorneys for Plaintiffs
SHAWN ETIENNE AND ANGELO GRANT

js-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ETIENNE, an individual; ANGELO GRANT, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>KLLM TRANSPORT SERVICES, LLC; and DOES 1 through 50, inclusive,<br>Defendants. | Case No. 5:16-cv-02354-JFW (SPx)<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL**<br><br>(Assigned for all purposes to the Hon. Virginia A Phillips) |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs Shawn Etienne and Angelo Grant, for themselves as individuals only, hereby dismiss this action with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i).

DATED: February 28, 2017

IT IS SO ORDERED     */s/ John F. Walter*

- 1 -
**Plaintiff's Notice Of Dismissal**